UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MARCO THONY CADESJUSTE,

    Petitioner,

v.                                             Case No. 4:19cv351-WS-HTC

UNITED STATES OF AMERICA, et al.,

    Respondents.
_____/

## REPORT AND RECOMMENDATION

Petitioner, proceeding *pro se*, filed a petition for writ of habeas corpus on July 26, 2019. ECF Doc. 1. The matter was referred to the undersigned Magistrate Judge for preliminary screening and report and recommendation pursuant to 28 U.S.C. § 636 and N.D. Fla. Loc. R. 72.2(B). For the reasons set forth below, the undersigned recommends the petition be dismissed without prejudice for failure to prosecute and to follow court orders.

The petition was not accompanied by a motion to proceed *in forma pauperis* or the requisite filing fee. The petition was also not on this Court's required forms and included several deficiencies, such as naming the wrong respondent to a petition for habeas relief and including allegations relating to his conditions of confinement. Thus, on August 6, 2019, the Court ordered the clerk to send Petitioner the proper forms for filing an amended petition and the forms for filing an application to

proceed *in forma pauperis*. ECF Doc. 3. Petitioner was ordered to file an application to proceed *in forma pauperis* or pay the filing fee, and to file an amended petition using the correct forms and curing the deficiencies set forth in the order, by September 5, 2019. *Id.* The Petitioner did not pay the filing fee, file an amended petition, or file an application to proceed *in forma pauperis* by that date.

Therefore, on September 17, 2019, the Court ordered Petitioner to show cause, within fourteen (14) days of the date of the order, why his case should not be recommended for dismissal for failure to prosecute or to follow an order of the Court. Petitioner was warned that "[f]ailure to respond may result in a recommendation of dismissal with no further notice." Petitioner has not responded in any way.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for failure to prosecute or failure to comply with a Court order.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 15th day of October, 2019.

/s/ Hope Thai Cannon
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

Case No. 4:19cv351-WS-HTC

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within 14 days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. A copy of objections shall be served upon the magistrate judge and all other parties. A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. See 11th Cir. R. 3-1; 28 U.S.C. § 636.

Case No. 4:19cv351-WS-HTC