IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MARCO THONY CADESJUSTE,

    Petitioner,

v.                                                                        4:19cv351–WS/HTC

UNITED STATES OF AMERICA,
et al.,

    Respondents.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 5) docketed October 15, 2019. The magistrate judge recommends that this case be dismissed without prejudice for failure to prosecute and to comply with a court order. Petitioner has filed no objections to the report and recommendation.

Upon review of the record, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 5) is adopted

and incorporated by reference in this order of the court.

2. Petitioner's petition for writ of habeas corpus and this action are hereby DISMISSED without prejudice for failure to prosecute and to comply with a court order.

3. The clerk is directed to enter judgment, stating: "All claims are dismissed without prejudice."

DONE AND ORDERED this <u>  13th  </u> day of <u>  November  </u>, 2019.

<p style="margin-left:40%">s/ William Stafford<br>
WILLIAM STAFFORD<br>
SENIOR UNITED STATES DISTRICT JUDGE</p>